UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| PATTI JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:13-cv-626 |
| | ) | |
| v. | ) | Honorable Paul L. Maloney |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | **JUDGMENT** |
| Defendant. | ) | |

Judgment is hereby entered in plaintiff's favor, the Commissioner's decision is REVERSED, and the matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Date: February 5, 2014          /s/ Paul L. Maloney
                                Paul L. Maloney
                                Chief United States District Judge