UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATTI JOHNSON,

    Plaintiff,

Case No. 1:13-cv-626

v.

HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of plaintiff in the amount of $2,075.00.

Date:  May 13, 2014

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District